KAISER FRAZER SALES CORPORATION, Respondent, v. RUTLEDGE MOTORS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ.

■

HELEN BUCKNER, Respondent, v. SEYMOUR D. BUCKNER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

AGNES S. BUSHELL, Respondent, v. NAT WACHSBERGER, Appellant, et al., Defendants. AGNES S. BUSHELL, Respondent, v. NAT WACHSBERGER, Defendant, and SYNIMEX, S. A. R. L., et al., Appellants.— Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Order unanimously modified so as to provide that the question of the defendant corporations doing business in this State be referred to an official referee. On this record such a reference is warranted. Settle order on notice. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

TRUEBNER VOELBEL Co., Respondent, v. A. MELIDES & FILS, Defendant. ISAAC ARDITI, Third-Party Claimant-Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See ante, p. 928.]

■

LOUIS EPSTEIN v. ROSE EPSTEIN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See ante, p. 593.]

■

PETER RUGANI v. K. L. M. ROYAL DUTCH AIRLINES.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See ante, p. 944.]